**Jennifer Zeringue**

| | |
|---|---|
| **From:** | Morton Bouchard III <MSBIII@bouchardtransport.com> |
| **Sent:** | Thursday, November 7, 2019 10:41 AM |
| **To:** | Lorenzo Pena |
| **Cc:** | Lomenick, Jay |
| **Subject:** | FW: Ralph Bouchard |

***WARNING! THIS EMAIL ORIGINATED FROM OUTSIDE OF STEHMO DOMAIN.***

Lorenzo:

Below you will find the numbers we agreed upon. Can you get an update on the work

Mort

---

**From:** Morton Bouchard III
**Sent:** Monday, November 04, 2019 2:48 PM
**To:** 'Lomenick, Jay'
**Cc:** Robert Zuclich
**Subject:** Ralph Bouchard

Jay:

Thank you for taking the time to speak with me today. I apologize for the manner that this dry dock has been handled and I assure you this will not happen again.

The best manner for me to address what I believe is needed to get work proceeding is to address your emails in date order.

A) OCTOBER 04, 2019 EMAIL TO LORENZO CHANGE ORDERS

1) EMERGENCY FUEL SHUT OFF LINE : $9,500.00 BTC $9,000.00
2) RENEW FIRE DAMPER CLOSURE: $2,500.00 BTC: $2,500.00
3) WASTED CORNER TONNAGE HATCH $ 9,349.00 BTC: $ 9,000.00
4) FUEL FILL BUNKERING STATION $ 9,478.00 BTC $ 9,000.00 CO011
5) VENT LINE $ 8,500.00 BTC $ 8,500.00 CO015
6) MSD PIPING $ 12,852.00 BTC $ 12,500.00 CO019
7) 01 LEVEL DECK INSET $ 14,250.00 BTC: $14,000.00 CO012
8) FUEL VENT PIPES PORT & STARBOARD $ 74,650.00 BTC: $74,650.00 CO016

EXHIBIT
B

9) ABS DESCALE & CLEAN LOWEWR BILGE $ 9,750.00 BTC: $ 7,000.00 CO009

10) SAFETY CHAIN $ 4,750.00 BTC: $ 4,000.00 CO013

11) RENEW CHANNEL COOLING PIPING $ 31,252.00 BTC $ 31,000.00 COO17

   TOTAL APPROVED BTC $181,150.00

B) EMAIL OCTOBER 8 , 2019 TO LORENZO & KEVIN

   1) ENGINE ROOM GUAGED STEEL : $ 150,384.57 BTC $145 ,900.00

   TOTAL APPROVED BTC $14

C) EMAIL OCTOBER 18, 2019 TO KEVIN DONOHUE

   INVOICE V115001R1 AMOUNT : $ 620,139.36

   DOES THIS INCLUDE PURCHASE ORDER 9059313….. I AM CONFUSED

JAY, I THINK I GOT IT ALL PLEASE REVIEW SO I CAN GET THIS RESOLVED


**Morton S. Bouchard III**
President & CEO
Bouchard Transportation Co., Inc.
58 South Service Road, Suite 150
Melville, NY 11747
(631) 390- 4900
MSBIII@bouchardtransport.com
www.bouchardtransport.com



This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.