UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | |
|---|---|
| ST Engineering Halter Marine & Offshore,. Inc., d/b/a Halter Marine & Offshore<br>*Plaintiff,*<br><br>VERSUS<br><br>M/V RALPH E. BOUCHARD<br>apparel, appurtenances,<br>etc., *in rem*<br>BOUCHARD TRANSPORTATION CO., INC.<br>*In personam* | CIVIL ACTION NO. 1:19 -955<br><br><br>JUDGE LOUIS GUIROLA, JR.<br><br><br>MAGISTRATE ROBERT H. WALKER |

## MOTION FOR ORDER AUTHORIZING ISSUANCE OF WARRANT OF ARREST

NOW INTO COURT, through undersigned counsel, comes Plaintiff, ST Engineering Halter Marine & Offshore d/b/a Halter Marine & Offshore ("STEHMO"), who hereby requests this Honorable Court to review its Verified Complaint (R. Doc. 1) and authorize the issuance of an order and warrant of arrest against the M/V RALPH E. BOUCHARD, her tackle, apparel, boilers, equipment, appurtenances, in rem, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and L.A.R.C. This Motion is based upon the Verified Complaint, Request for Order to Arrest Vessel, and Request for Order to attach fuel filed by STEHMO.

Respectfully submitted on this 16th day of December, 2019.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Allison R. Colon*
**ALLISON R. COLON**
(MS Bar. No. 103068)
acolon@grsm.com
**GORDON & REES, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
***Attorney for ST Engineering Halter Marine & Offshore, Inc***

And

**David S. Bland** (admitted PHV)
dbland@grsm.com
**Mallory Wynne** (admitted PHV)
mwynne@grsm.com
**Gordon & Rees, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
***Attorneys for Plaintiff, ST Engineering Halter Marine & Offshore, Inc***