UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | | |
|---|---|---|
| ST Engineering Halter Marine & Offshore,. Inc., d/b/a Halter Marine & Offshore<br>*Plaintiff*, | § § § § | 1:19cv955 LG-RHW |
| VERSUS | § § | |
| M/V RALPH E. BOUCHARD<br>apparel, appurtenances,<br>etc., *in rem*<br>BOUCHARD TRANSPORTATION CO., INC.<br>*In personam* | § § § § § § § | |

## MOTION FOR PUBLICATION OF NOTICE OF ATTACHMENT, RULE C(4)

**COMES NOW** plaintiff and moves the court for an order directing the Clerk to publish notice of this action; of defendant's last known address as 58 South Service Road, Suite 150, Melville, New York, 11747, addressee having left with no forwarding address; and of maritime attachment and garnishment of the M/V RALPH E. BOUCHARD and approximately 102,000 gallons of fuel, in the hands of ST Engineering Halter Marine & Offshore, Inc. With said notice to be published in the Sun Herald as a newspaper of general circulation in the district once a week for three successive weeks.  Also, said notice to specify that all persons claiming either the right to possess or ownership of the property or having anything to say why it should not be condemned and sold to satisfy the demand of plaintiff must serve and file a claim of owner pursuant to FRCP Supplemental Rule C(6)(a)(i)(iii) and an answer to the complaint on or before twenty-one (21) days after filing his Claim of Owner,

whichever is later.  The proposed Notice is attached as Exhibit A.

**RESPECTFULLY SUBMITTED**, this 5th day of February, 2020.

*/s/ Mallory G. Wynne*
**David S. Bland** (admitted PHV)
dbland@grsm.com
**Mallory Wynne** (admitted PHV)
mwynne@grsm.com
**Gordon & Rees, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
*Attorneys for Plaintiff, ST Engineering Halter Marine & Offshore, Inc*

And

**Allison R. Colon**
(MS Bar. No. 103068)
acolon@grsm.com
**Gordon & Rees, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
*Attorney for Plaintiff, ST Engineering Halter Marine & Offshore, Inc.*