UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | | |
|---|---|---|
| ST Engineering Halter Marine & Offshore,. | § | 1:19cv955 LG-RHW |
| Inc., d/b/a Halter Marine & Offshore | § | |
| *Plaintiff,* | § | |
| | § | |
| **VERSUS** | § | |
| | § | |
| M/V RALPH E. BOUCHARD | § | |
| apparel, appurtenances, | § | |
| etc., *in rem* | § | |
| BOUCHARD TRANSPORTATION CO., INC. | § | |
| *In personam* | § | |
| | § | |

## NOTICE OF ARREST OF VESSEL AND NOTICE FOR CLAIMS

In accordance with FRCP Supplemental Rule C(4), and L.A.R. C(4), notice is hereby given of the arrest of the M/V RALPH E. BOUCHARD her engines, tackle, apparel and appurtenances in accordance with a Warrant for Arrest issued on December 19, 2019, in addition to 102,000 gallons of fuel attached in accordance with a Process of Attachment issued on December 19, 2019.  The arrest and attachment were effected on January 22, 2020.

Under FRCP Supplemental Rule C(6)(a), and L.A.R. C(6), any person asserting either a right to possess or ownership of the vessel or property must file a Claim of ownership with the court not later than fourteen (14) days after the execution of process, and shall file an answer within twenty-one (21) days from the date of filing his/her/its claim.

**RESPECTFULLY SUBMITTED**, this 6th day of February, 2020.


*/s/  Mallory G. Wynne*
**David S. Bland** (admitted PHV)
dbland@grsm.com
**Mallory Wynne** (admitted PHV)
mwynne@grsm.com
**Gordon & Rees, LLP**

909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
*Attorneys for Plaintiff, ST Engineering Halter Marine & Offshore, Inc*

And

**Allison R. Colon**
(MS Bar. No. 103068)
acolon@grsm.com
**Gordon & Rees, LLP**
909 Poydras Street, Suite 1860
New Orleans, LA 70112
Telephone: 504-528-3088
Facsimile: 504-586-3419
*Attorney for Plaintiff, ST Engineering Halter Marine & Offshore, Inc.*