UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | | |
|---|---|---|
| ST Engineering Halter Marine & Offshore, Inc., d/b/a Halter Marine & Offshore<br>Plaintiff | * * * * * | CIVIL ACTION NO: **1:19cv955 LG-RHW** |
| VERSUS | * * | JUDGE LOUIS GUIROLA, JR. |
| M/V RALPH E. BOUCHARD, apparel, appurtenances, etc., in rem *in rem*; and<br>BOUCHARD TRANSPORTATION CO, INC. | * * * * * | MAGISTRATE ROBERT H. WALKER |

**EX PARTE MOTION AUTHORIZING THE ISSUANCE OF PROCESS OF MARITIME ARREST OF THE M/V RALPH E. BOUCHARD**

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Boland Marine & Industrial, LLC (hereafter "Boland Marine"), and shows that its Verified Complaint in Intervention ( Doc. 30) and Verification and Affidavit attached thereto set forth conditions for maritime process of arrest of the M/V RALPH E BOUCHARD and its respective engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and the Local Admiralty Rules of this Honorable Court.

Boland Marine agrees to defend, indemnify and hold harmless the U.S. Marshal for all damages and claims associated with the vessel arrest sought herein.

Respectfully submitted this, the 26th day of March, 2020.

BOLAND MARINE & INDUSTRIAL, LLC

BY:  BALCH & BINHAM LLP

BY:  /s/  *Paul J. Delcambre, Jr.*
        Of counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery       ( ) Prepaid U.S. Mail
( ) Facsimile            ( ) Federal Express
( ) Electronic Mail      (x) CMF/ECF

THIS 26th day of March, 2020.

                                 /s/ *Paul J. Delcambre, Jr.*
                                 PAUL J. DELCAMBRE, JR.

Paul J. Delcambre, Jr. (MS Bar No. 6034)
Matthew W. McDade (MS Bar No. 103207)
BALCH & BINGHAM LLP
1310 25th Avenue (39501)
Post Office Box 130
Gulfport, Mississippi  39502
Telephone:  (228) 864-9900
Facsimile:   (228) 864-8221
E-mail: pdelcambre@balch.com
        mmcdade@balch.com