UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | | |
|---|---|---|
| ST Engineering Halter Marine & Offshore, Inc., d/b/a Halter Marine & Offshore<br>Plaintiff | * * * * * | CIVIL ACTION NO: **1:19cv955 LG-RHW** |
| VERSUS | * * | JUDGE LOUIS GUIROLA, JR. |
| M/V RALPH E. BOUCHARD, apparel, appurtenances, etc., in rem *in rem*; and<br>BOUCHARD TRANSPORTATION CO, INC. | * * * * * | MAGISTRATE ROBERT H. WALKER |

## ORDER DIRECTING THE ISSUANCE OF A WARRANT OF ARREST AGAINST THE M/V RALPH E. BOUCHARD

Pursuant to Rule C of the Supplemental Rules of Certain Admiralty and Maritime claims of the Federal Rules of Civil Procedure, the Clerk is directed to issue a Warrant of Arrest against the M/V RALPH E. BOUCHARD, its engines, tackle, apparel, equipment, appurtenances, etc., *in rem*, and seize same.

Boland Marine & Industrial, LLC shall defend, indemnify and hold harmless the U.S. Marshal for any loss or damages associated with the arrest ordered herein.

Gulfport, Mississippi on this 30th day of March 2020.

/s/ *Robert H. Walker*
**UNITED STATES MAGISTRATE JUDGE**