UNITED STATES DISTRICT COURT
SOUTHERN DISSTRICT OF MISSISSIPPI

In Admiralty

| | |
|---|---|
| ST ENGINEERING HALTER MARINE & OFFSHORE, INC., d/b/a HALTER MARINE & OFFSHORE<br>*Plaintiff* | CIVIL ACTION NO.<br>1:19cv955 LG-RHW |
| BOLAND MARINE & INDUSTRIAL, LLC<br>*Intervening Plaintiff* | |
| VERSUS | JUDGE LOUIS GUIROLA, JR. |
| M/V RALPH E. BOUCHARD<br>Apparel, appurtenances, etc., *in rem* | MAGISRATE ROBERT H. WALKER |
| BOUCHARD TRANSPORTATION CO., INC.<br>*In Personam* | |

## WARRANT FOR ARREST *IN REM* PURSUANT TO SUPPLEMENTAL RULE C

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

The Complaint in the above styled *in rem* proceeding was filed in the Southern Division of this Court on March 26, 2020.

In accordance with FRCP Supplemental Rule C, you are directed both to arrest the Defendant vessel, the M/V RALPH E. BOUCHARD, her tackle, apparel, furniture, engines and appurtenances, should you find her within this District, and to detain her in your custody pending further order of the Court.

Notice will be provided as required by FRCP Supplemental Rule C(4) to the following party:

**ST ENGINEERING HALTER MARINE & OFFSHORE,**
    **INC., d/b/a HALTER MARINE & OFFSHORE**
    **As Substitute Custodian for the U. S. Marshall**

**601 Bayou Cassotte Parkway
Pascagoula, MS, 39581**

SO ORDERED at __Gulfport__, Mississippi, this __1st__ day of __April__, 2020.

ARTHUR JOHNSTON, CLERK

BY: _____
Deputy Clerk

Order Submitted by:
/s/ *Paul J. Delcambre, Jr.*
*Paul J. Delcambre, Jr.*
(MS Bar No. 6034)
pdelcambre@balch.com
Balch & Bingham LLP
1310 25th Avenue
Gulfport, Mississippi 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221
*Attorney for Intervening Plaintiff, Boland Marine & Industrial, LLC*