# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| ST ENGINEERING HALTER MARINE & OFFSHORE, INC., <br><br> Plaintiff <br><br> v. <br><br> M/V RALPH E BOUCHARD, her engines, tackle, appurtenances, and apparel, *in rem;* <br><br> Defendant | CIVIL ACTION NO. 1:19-cv-00955 <br><br> JUDGE GUIROLA, JR. <br><br> MAG. JUDGE WALKER <br><br> **Pursuant to Rule 9(h)** |

## ORDER GRANTING EX PARTE MOTION TO FILE VERIFIED COMPLAINT IN INTERVENTION AS A MATTER OF RIGHT

Considering the foregoing *Ex Parte Motion To File Verified Complaint in Intervention*, (the "Motion"), filed herein by Belle Chasse Marine Transportation, LLC and E.N. Bisso & Son, Inc. (the "Intervenors"),

IT IS ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the Clerk of Court is hereby authorized and directed to file the Complaint in Intervention into the record in this matter and the Intervenors are hereby permitted to appear as plaintiffs-in-intervention.

Gulfport, Mississippi, this 15th day April 2020.

/s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE

Prepared by:

*/s/ Todd G. Crawford*
Todd G. Crawford (MBN 102620)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
2501 14th Street, Suite 202
Gulfport, Mississippi 39501
Telephone: (228) 206-0033
Email: tcrawford@lawla.com
      adavis@lawla.com
      mthomas@lawla.com
      dramos@lawla.com
      lscott@lawla.com
***Attorneys for Belle Chasse Marine Transportation, LLC and E.N. Bisso & Son, Inc.***