# Statement

Bluewater Electric, LLC

500 N. St. Patrick Street
New Orleans, LA  70119

| Date |
|---|
| 1/29/2020 |

**To:**

Bouchard Transportation
58 South Service Rd
Suite 150
Melville, NY 11747

| Amount Due | Amount Enc. |
|---|---|
| $81,610.26 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 06/20/2017 | INV #F2017443.   PO # 9045219  -  BARGE 205 | 2,500.00 | 2,500.00 |
| 04/03/2018 | INV #D2018219.   PO # 9048900  -  FRED BOUCHARD | 699.28 | 3,199.28 |
| 09/15/2018 | INV #D2019288.   PO # 9053620  -  BARGE 205 | 2,170.00 | 5,369.28 |
| 09/19/2018 | INV #D2019283.   PO # 9053657  -  BARGE 265 | 2,392.00 | 7,761.28 |
| 09/19/2018 | INV #D2019285.   PO # 9053710  -  BARGE 245 | 730.00 | 8,491.28 |
| 10/16/2018 | INV #A2019039.   PO # 9053847  -  RALPH BOUCHARD | 1,810.00 | 10,301.28 |
| 10/16/2018 | INV #A2019041.   PO # 9054064  -  RALPH BOUCHARD | 2,800.00 | 13,101.28 |
| 11/08/2018 | INV #J2018730.   PO # 9055166  -  BARGE 235 | 600.00 | 13,701.28 |
| 11/20/2018 | INV #D2019286.   PO # 9054901  -  BARGE 245 | 4,677.50 | 18,378.78 |
| 02/08/2019 | INV #I2019656.   PO # 9056212  -  RALPH BOUCHARD | 3,078.85 | 21,457.63 |
| 02/20/2019 | INV #I2019659.   PO # 9056003  -  J GEORGE BETZ | 1,550.00 | 23,007.63 |
| 03/25/2019 | INV #C2019203.   PO # 9057027  -  BARGE 205 | 1,328.00 | 24,335.63 |
| 04/30/2019 | INV #D2019278.   PO # 9057362  -  LINDA LEE BOUCHARD | 2,085.00 | 26,420.63 |
| 04/30/2019 | INV #D2019279.   PO # 9057359  -  LINDA LEE BOUCHARD | 2,835.00 | 29,255.63 |
| 04/30/2019 | INV #D2019280.   PO # 9057455  -  LINDA LEE BOUCHARD | 1,895.00 | 31,150.63 |
| 04/30/2019 | INV #D2019281.   PO # 9057361  -  LINDA LEE BOUCHARD | 2,500.00 | 33,650.63 |
| 04/30/2019 | INV #D2019282.   PO # 9057451  -  LINDA LEE BOUCHARD | 1,200.00 | 34,850.63 |
| 06/03/2019 | INV #F2019355.   PO # 9058023  -  BUSTER BOUCHARD | 2,309.84 | 37,160.47 |
| 06/03/2019 | INV #F2019361.   PO # 9058038  -  BARGE 272 | 278.28 | 37,438.75 |
| 06/26/2019 | INV #F2019422.   PO # 9058481  -  KIM BOUCHARD | 207.92 | 37,646.67 |
| 06/26/2019 | INV #F2019423.   PO # 9058421  -  BARBARA BOUCHARD | 601.25 | 38,247.92 |
| 07/11/2019 | INV #F2019471.   PO # 9058531  -  DANIELLE BOUCHARD | 751.42 | 38,999.34 |
| 07/11/2019 | INV #F2019472.   PO # 9058412  -  BARBARA BOUCHARD | 670.08 | 39,669.42 |
| 07/11/2019 | INV #F2019475.   PO # 9058666  -  RALPH BOUCHARD/BARGE 230 | 7,830.00 | 47,499.42 |
| 07/11/2019 | INV #F2019485.   PO # 9058387  -  DANIELLE BOUCHARD | 469.50 | 47,968.92 |
| 07/11/2019 | INV #I2019765.   PO # 9058308  -  BARGE 230 | 3,560.00 | 51,528.92 |
| 08/08/2019 | INV #I2019644.   PO # 9058407  -  DANIELLE BOUCHARD | 2,844.60 | 54,373.52 |
| 08/08/2019 | INV #I2019645.   PO # 9058671  -  BARGE 245 | 1,059.38 | 55,432.90 |
| 08/08/2019 | INV #I2019646.   PO # 9058672  -  BARGE 295 | 1,021.70 | 56,454.60 |
| 08/08/2019 | INV #I2019648.   PO # 9058671  -  RALPH BOUCHARD | 649.35 | 57,103.95 |
| 08/14/2019 | INV #H2019592.   PO # 9059125  -  BARGE 245 | 5,890.00 | 62,993.95 |
| 08/14/2019 | INV #H2019593.   PO # 9059124  -  BARGE 245 | 4,383.00 | 67,376.95 |
| 08/14/2019 | INV #H2019594.   PO # 9058915  -  DONNA BOUCHARD | 1,530.00 | 68,906.95 |
| 08/23/2019 | INV #H2019630.   PO # 9059174  -  DONNA BOUCHARD | 1,996.47 | 70,903.42 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 0.00 | 0.00 | 0.00 | 81,610.26 | $81,610.26 |

EXHIBIT "A"

# Statement

Bluewater Electric, LLC

500 N. St. Patrick Street
New Orleans, LA  70119

| Date |
|---|
| 1/29/2020 |

| To: |
|---|
| Bouchard Transportation<br>58 South Service Rd<br>Suite 150<br>Melville, NY 11747 |

| Amount Due | Amount Enc. |
|---|---|
| $81,610.26 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 09/06/2019 | INV #I2019643.    PO # 9058307  -  BARGE 230 | 6,900.00 | 77,803.42 |
| 09/10/2019 | INV #I2019647.    PO # 9058506  -  FREDRICK E BOUCHARD | 3,806.84 | 81,610.26 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 81,610.26 | $81,610.26 |