UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ST ENGINEERING HALTER MARINE &                                    PLAINTIFF
OFFSHORE, INC.

VERSUS                                        CIVIL ACTION NO. 1:19CV955-LG-RHW

M/V RALPH E. BOUCHARD et al                                    DEFENDANTS

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

The Court has considered Steelstran Industries, Inc.'s motion for attorney J. Stephen Simms to appear pro hac vice.  The Court finds the motion to be in substantial compliance with Rule 83.1 of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS THEREFORE ORDERED that the Motion to Appear Pro Hac Vice is hereby granted, and J. Stephen Simms shall be admitted to serve as co-counsel for Steelstran Industries, Inc.  Counsel is directed to complete registration for electronic filing as a condition of pro hac vice admission.

SO ORDERED AND ADJUDGED, this the 29th day of April 2020.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE