UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | |
|---|---|
| ST Engineering Halter Marine & Offshore, Inc., d/b/a Halter Marine & Offshore<br>Plaintiff | CIVIL ACTION NO: 1:19cv955 LG-RHW<br>*<br>*<br>*<br>* |
| VERSUS | * JUDGE LOUIS GUIROLA, JR.<br>* |
| M/V RALPH E. BOUCHARD, apparel, appurtenances, etc., in rem<br>*in rem*; and<br>BOUCHARD TRANSPORTATION CO, INC. | *<br>*<br>*<br>* MAGISTRATE ROBERT H.<br>* WALKER |

## **WARRANT FOR ARREST *IN REM* PURSUANT TO SUPPLEMENTAL RULE C**

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

The Intervening Complaint of Steelstran Industries, Inc. ("Steelstran"), in the above styled in rem proceeding was filed in the Southern Division of this Court on April 22, 2020.

In accordance with FRCP Supplemental Rule C, you are directed both to arrest the Defendant vessel, the M/V RALPH E. BOUCHARD, her tackle, apparel, furniture, engines and appurtenances, should you find her within this District, and to detain her in your custody pending further order of the Court.

Notice will be provided as required by FRCP Supplemental Rule C(4) to the following party:

**ST ENGINEERING HALTER MARINE & OFFSHORE, INC., d/b/a HALTER MARINE
& OFFSHORE, As Substitute Custodian for the U. S. Marshal**
601 Bayou Cassotte Parkway, Pascagoula, MS, 39581

1

SO ORDERED at Gulfport, Mississippi, this __4th___ day of __May___, 2020.



ARTHUR JOHNSTON, CLERK

BY: _____

Deputy Clerk

Order Submitted by:
*/s/ Paul J. Delcambre, Jr.*
Paul J. Delcambre, Jr.
(MS Bar No. 6034)
pdelcambre@balch.com
Balch & Bingham LLP
1310 25th Avenue
Gulfport, Mississippi 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

Attorney for Intervening Plaintiff, Steelstran Industries, Inc.