# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| ST ENGINEERING HALTER MARINE & OFFSHORE, INC., <br><br> Plaintiff <br><br> v. <br><br> M/V RALPH E BOUCHARD, her engines, tackle, appurtenances, and apparel, *in rem;* <br><br> Defendant | CIVIL ACTION NO. 1:19-cv-00955 <br><br> JUDGE GUIROLA, JR. <br><br> MAG. JUDGE WALKER <br><br> **Pursuant to Rule 9(h)** |

## WARRANT FOR ARREST IN REM, L.A.R. C2(a)

TO THE UNITED STATES MARSHAL
FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

The Complaint in Intervention in the above-styled *in rem* proceeding was filed by Louisiana Machinery d/b/a Resource Power Group in the Southern Division of this Court on April 30, 2020.

In accordance with FRCP Supplemental Rule C and L.A.R. C2(a), you are directed both to arrest the defendant vessel, the M/V RALPH E. BOUCHARD, her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

You must also give notice of the arrest to all persons upon whom notice is required by FRCP Supplemental Rule C(4), L.A.R. C(4), as designated below by the plaintiff and the practices of your office.

    Bouchard Transportation Company, Inc.
    Through its Attorney of Record
    James G. Wyly, III
    Drury Sumner Holland
    PHELPS DUNBAR, LLC
    2602 13th Street, Suite 300
    Gulfport, Mississippi 39501
    Telephone: (228) 679-1130
    Email: wylyj@phelps.com
           Dru.holland@phelps.com

**SO ORDERED**, at __Gulfport__, Mississippi, this __14th__ day of __May__, 2020.



__ARTHUR JOHNSTON__,
**CLERK**

By: ___/s/ J. Hough_____
Deputy Clerk

**Order Submitted By:**

Todd G. Crawford (MBN 102620)
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
2501 14th Street, Suite 202
Gulfport, Mississippi 39501
Telephone: (228) 206-0033
Email: tcrawford@lawla.com
speck@lawla.com;
jthurman@lawla.com

*Attorneys for Louisiana Machinery, d/b/a Resource Power Group*