IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUHERN DIVISION
IN ADMIRALTY

| | |
|---|---|
| ST ENGINGEERING HALTER MARINE & OFFSHORE, INC. d/b/a HALTER MARINE & OFFSHORE | PLAINTIFF |
| v. | CAUSE NO. 1:19cv955-LG-RHW |
| M/V RALPH E. BOUCHARD, *in rem*, and BOUCHARD TRANSPORTATION CO., INC., *in personam* | DEFENDANTS |
| BOLAND MARINE & INDUSTRIAL, LLC, et al. | INTERVENOR PLAINTIFFS |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the *ore tenus* motion of the Intervenor Plaintiff, Boland Marine and Industrial, LLC, and Intervenor Defendants, M/V Ralph E. Bouchard, her engines, tackle, apparel, appurtenances, etc., *in rem*, Tug Ralph E. Bouchard Corp., *in personam*, and Bouchard Transportation Co., Inc., *in personam*, to dismiss Intervenor Plaintiff, Boland Marine and Industrial, LLC's claims against Intervenor Defendants. The Court, being fully advised of the premises, finds that the motion is well-taken and should be granted.

**IS IT THEREFORE ORDERED AND ADJUDGED** that the claims asserted by Intervenor Plaintiff, Boland Marine and Industrial, LLC, against Intervenor Defendants, M/V Ralph E. Bouchard, her engines, tackle, apparel, appurtenances, etc., *in rem*, Tug Ralph E. Bouchard Corp., *in personam*, and

Bouchard Transportation Co., Inc., *in personam,* are hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2020.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

APPROVED AND AGREED:

*s/Drury S. Holland*_____
Drury S. Holland (MS Bar No. 104371)
Counsel for M/V RALPH E. BOUCHARD, her engine, tackle, apparel, appurtenances, etc., *in rem,*
TUG RALPH E. BOUCHARD CORP., *in personam,* AND
BOUCHARD TRANSPORTATION CO., INC., *in personam*

*s/Paul J. Delcambre*_____
Paul J. Delcambre (MS Bar No. 6034)
Matthew W. McDade (MS Bar No. 103207)
Counsel for BOLAND MARINE & INDUSTRIAL, LLC