UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**In Admiralty**

| | | |
|---|---|---|
| **ST Engineering Halter Marine &** | * | **CAUSE NO: 1:19-cv-955-TBM-RPM** |
| **Offshore, Inc., d/b/a Halter** | * | |
| **Marine &Offshore** | * | **PLAINTIFF** |
| | * | |
| **VERSUS** | * | **JUDGE TAYLOR B. MCNEEL** |
| | * | |
| **M/V RALPH E. BOUCHARD,** *in rem*; | * | |
| and **BOUCHARD TRANSPORTATION** | * | **MAGISTRATE ROBERT P. MYERS, JR.** |
| **CO., INC.,** *in personam* | * | |
| **BLUEWATER ELECTRIC, LLC** | * | **INTERVENOR** |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

Intervenor Plaintiff, Bluewater Electric, LLC and Defendants, M/V Ralph E. Bouchard, *in rem* and Bouchard Transportation Co., Inc., *in personam* have agreed to, and announced to the Court, a resolution of their claims. The Court being advised that the Intervenor Plaintiff, Bluewater Electric, LLC and Defendants, M/V Ralph Bouchard, *in rem* and Bouchard Transportation Co., Inc. *in personam*, have settled the claims between them and have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that these claims be finally closed on its docket, finds that this matter should be dismissed.

IT IS ORDERED AND ADJUDGED that the claims of Intervenor Plaintiff, Bluewater Electric, LLC against Defendants, M/V Ralph Bouchard, *in rem* and Bouchard Transportation Co. Inc. *in personam* are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 13th day of April, 2022.

_____
TAYLOR B. MCNEEL
UNITED STATES DISTRICT JUDGE

Prepared by:

| | |
|---|---|
| */s/ Paul J. Delcambre, Jr.* | */s/ Drury S. Holland* |
| Paul J. Delcambre, Jr.  (MS Bar No. 6034) | Drury S. Holland (MS Bar No. 104371) |
| Balch & Bingham LLP | Phelps Dunbar, LLP |
| Post Office Box 130 | 2602 13th Street, Suite 300 |
| Gulfport, Mississippi 39502 | Gulfport, Mississippi  39501 |
| Telephone: (228) 864-9900 | Telephone:  228-679-1130 |
| Facsimile: (228) 864-8221 | Facsimile:   228-679-1131 |
| E-mail:  pdelcambre@balch.com | E-mail:  dru.holland@phelps.com |
| *COUNSEL FOR BLUEWATER ELECTRIC, LLC.* | *COUNSEL FOR M/V RALPH E. BOUCHARD* |