UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In Admiralty

| | |
|---|---|
| ST Engineering Halter Marine & Offshore, Inc., d/b/a Halter Marine & Offshore<br>*Plaintiff*,<br><br>VERSUS<br><br>M/V RALPH E. BOUCHARD apparel, appurtenances, etc., *in rem*<br><br>and<br><br>BOUCHARD TRANSPORTATION CO., INC. *in personam*. | CIVIL ACTION NO. 1:19-cv-955<br><br><br>JUDGE TAYLOR B. MCNEEL<br><br><br><br>MAGISTRATE ROBERT P. MYERS, JR. |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the *ore tenus* motion of the Intervenor Plaintiffs, Louisiana Machinery Company, LLC d/b/a Resource Power Group and E.N. Bisso & Son, Inc. (the "Intervenor Plaintiffs") and Intervenor Defendants, M/V Ralph E. Bouchard, her engines, tackle, apparel, appurtenances, etc., (the "Vessel"), *in rem*, Tug Ralph E. Bouchard Corp., *in personam,* and Bouchard Transportation Co., Inc., *in personam,* (together, the "Intervenor Defendants"), to dismiss the claims of the Intervenor Plaintiffs with prejudice, reserving any and all rights related to such claims, or those which may have been asserted in this case, in connection with the bankruptcy cases pending before the United States Bankruptcy Court for the Southern District of Texas, jointly administered as case no. 20-34682, together with all related proceedings (the "Bankruptcy Case").

The Court, being fully advised of the premises, finds that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the claims asserted by the Intervenor Plaintiffs in this case against the Intervenor Defendants are hereby dismissed with prejudice, subject to the reservations below; and

**IT IS FURTHER ORDERED** that the dismissals effected pursuant to this Order shall be without prejudice to, and shall not be construed as, a waiver of any rights of the Intervenor Plaintiffs to use the claims asserted or assertible by the Intervenor Plaintiffs in this case as a basis for recovery, defense, or setoff in the Bankruptcy Case, all of which rights are expressly preserved in favor of the Intervenor Plaintiffs.

**SO ORDERED AND ADJUDGED** this the 9th day of June, 2022.

Taylor B. McNeel
United States District Judge

APPROVED AND AGREED:

_s /Drury S. Holland_
Drury S. Holland (MS Bar No. 104371)
Counsel for Intervenor Defendants, M/V Ralph E. Bouchard, her engines, tackle, apparel, appurtenances, etc., *in rem*, Tug Ralph E. Bouchard Corp., *in personam,* and Bouchard Transportation Co., Inc., *in personam*

_s/Todd G. Crawford_
Todd G. Crawford (MS Bar No. 102620)
Counsel for Intervenor Plaintiffs, Louisiana Machinery, LLC d/b/a Resource Power Group and E.N. Bisso & Son, Inc.